UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW DUNCAN SUESS,

      Plaintiff,

v.         Case No: 6:24-cv-1504-PGB-LHP

MFP AGENCY, LLC,

      Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal, filed April 18, 2025. (Doc. 47). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's individual claims against Defendant MFP Agency, LLC, are **DISMISSED WITH PREJUDICE**. The putative class claims against Defendant MFP Agency, LLC, are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 18, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties